Eighth and Ninth Avenues Railway Company and Others v. The City of New York; The Board of Transportation of the City of New York and Others; Moranti & Raymond, Inc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of The People of the State of New York, by James A. Beha, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of Second Russian Insurance Company.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Springfield National Bank v. Thos. J. May Co., Inc.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Sarah Uswald v. Louis Margolis and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Motion for stay granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

James T. Eason v. National Metals Company, Inc., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Anna M. Kelly v. Inecto, Inc., and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Caroline Doelger v. Jacob Hoffman Brewing Company. Alexander Adlerman, as Receiver, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Morris Levy and Another to Determine and Fix Their Fee, and for Other Relief in the Action of John Coleman v. Grand Central Wicker Shop.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

John E. Manix v. Alfred Fantl and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

James W. Sanderson v. J. Roy Allen, as Executor, etc., of Martha M. Allen, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of Timothy D. Poucher, as President, etc., against Teachers' Retirement Board.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of the People of the State of New York, by Francis R. Stoddard, Jr., Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets of the Norske Lloyd Insurance Company, Ltd.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frieda C. Wachtel v. Zara B. Rosen and Another, as Executors, etc., of Arthur Wachtel, Deceased.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.